JOHN J. RANDALL COMPANY, Appellant, v. FRANK WILLETTS, Defendant, and TOWN OF HEMPSTEAD, Respondent.— Judgment affirmed, with costs. Upon the admissions of the president of plaintiff, the lease from the town, under the name of Willetts, was really the property of the plaintiff, and the possession of Willetts was the possession of the plaintiff. The plaintiff was, therefore, in possession, and one in possession cannot maintain an action for ejectment. Nor can one in possession under a lease question his landlord's title. The fact that plaintiff was in possession also raises a presumption that it was in possession as assignee of the lease. Jaycox, Manning, Kelby and Young, JJ., concur; Blackmar, P. J., dissents on the grounds: (1) That the question whether plaintiff was in possession was a question of fact and should have been submitted to the jury; and (2) on the ground that the tenant of the property in question was Willetts and not the plaintiff, and the rule of law that the tenant cannot challenge the title of his landlord depends on the legal relations of the parties.

EDNA D. JOHNSON, Plaintiff, v. THE SUPREME COUNCIL CATHOLIC BENEVOLENT LEGION, Defendant.— Judgment for plaintiff on submission of controversy upon an agreed statement of facts, in the sum of $377.53, with interest and costs, on authority of *Everett v. Supreme Council C. B. L.* (203 App. Div. 765), decided herewith, and *Kennedy v. Supreme Council C. B. L.* (188 id. 613; affd., without opinion, 231 N. Y. 582). Blackmar, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

HOWARD MAJOR, Respondent, v. GEORGE LEARY, Appellant.— Order granting further bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

GEORGE V. McLAUGHLIN, Superintendent of Banks of the State of New York, Respondent, v. CONSOLIDATED BRIARWOOD ESTATES and Others, Defendants, Impleaded with THOMAS F. MARTIN REALTY COMPANY, Appellant. (No. 1.) — Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL CALLAHAN, Appellant.— Judgment of conviction by the Court of Special Sessions modified by reducing the fine to the sum of ten dollars, and by directing repayment of the excess to the defendant, and as so modified affirmed. No opinion. Blackmar, P. J., Kelby and Young, JJ., concur; Kelly and Manning, JJ., vote to reverse, and to discharge the defendant.